UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GXM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA CONNIE, et al., <br><br> Defendants. | Case No. 24-cv-00677-AMO <br><br> **ORDER RE MOTIONS FOR EQUITABLE TOLLING** <br><br> Re: Dkt. Nos. 62, 71 |

Before the Court are two motions for equitable tolling filed by Plaintiff Victor Mendoza. To the extent the motions seek to toll the statute of limitations on any claims Plaintiffs assert on behalf of GXM in his own right pursuant to 42 U.S.C. § 1983, the motions are **DENIED** because the statute of limitations on those claims is tolled while GXM remains a minor. *See* Cal. Code Civ. Proc. § 352. To the extent the motions seek tolling more generally, the motions are **DENIED** because Plaintiffs have not specified which claims are the subject of their request or the facts that would support tolling of those claims under applicable law. In addition, because there has been no argument from Defendants that any of Plaintiffs' claims, as stated in the operative amended complaint, are barred on statute of limitations grounds, Plaintiffs are on notice that the Court is likely to deny any renewed motion for equitable tolling until Defendants raise any such argument.

**IT IS SO ORDERED.**

Dated: February 22, 2025

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**