UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GXM, et al.,

               Plaintiffs,

        v.

PAMELA CONNIE, et al.,

               Defendants.

Case No. 24-cv-00677-AMO

**ORDER TO SHOW CAUSE**

On November 3, 2025, the Court dismissed the amended complaint filed by Plaintiffs GXM, a minor, and his parents, Jessica Renee Hissner Mendoza and Victor Mendoza, who proceed without the assistance of an attorney. Dkt. No. 101 ("November 3 Order"). The Court set an extended deadline of January 5, 2026 for a second amended complaint so that Plaintiffs could pursue free legal assistance through the Federal Pro Bono Project. *Id.* at 4.

To date, Plaintiffs have not filed a second amended complaint. Nor has there been any other activity in the case since the Court issued its November 3 Order. Accordingly, the Court **ORDERS** Plaintiffs to show cause why this action should not be dismissed for failure to prosecute. By no later than **March 27, 2026**, Plaintiffs shall file a response to this Order to Show Cause explaining why this case should not be dismissed for failure to prosecute. Failure to file a response by **March 27, 2026** will result in dismissal of this action without prejudice and without further notice.

To aid in their compliance with this order, Plaintiffs may wish to contact the Federal Pro Bono Project's Help Desk—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment to obtain legal assistance from a licensed attorney. More information about the program is available online at the Court's website < https://cand.uscourts.gov/representing-

yourself/jdc-legal-help-center-san-francisco-oakland-courthouses >.

**IT IS SO ORDERED.**

Dated: March 3, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**